UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| STEVE BANKSTON | CIVIL ACTION |
| VERSUS | 16-819-SDD-RLB |
| COASTAL BRIDGE COMPANY, LLC | |

## ORDER

**CONSIDERING** the Order/*Minute Entry*[1] entered in the above captioned matter;

**IT IS HEREBY ORDERED** that the Plaintiff's claims against Defendant are DISMISSED without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement with this Defendant is not consummated.

**IT IS FURTHER ORDERED** that the trial of this matter set for 9/17/2018 is hereby canceled and any pending motions are denied as moot.

Signed in Baton Rouge, Louisiana on <u>February 8, 2018</u>.

*Shelly D. Dick*
**JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 19.

JURY